

**FILED**
6/30/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **UNDER SEAL** |
| v. | Case No.    1:26-cr-00371<br>Judge Martha M. Pacold<br>Magistrate Judge Maria Valdez<br>Random/Cat. 4 |
| AMIR A. FAGAN, and<br>DARRION RAYFORD | Violations: Title 18, United States Code, Sections 2114(a), 924(c)(1)(A), and 2 |

## COUNT ONE

The SPECIAL NOVEMBER 2025 GRAND JURY charges:

On or about June 9, 2026, at Country Club Hills, in the Northern District of Illinois, Eastern Division,

AMIR A. FAGAN, and
DARRION RAYFORD,

defendants herein, did attempt to rob Victim A, a person having lawful charge, control, and custody of money of the United States, and, in attempting to effect such robbery, put Victim A's life in jeopardy by the use of a dangerous weapon, namely, a firearm;

In violation of Title 18, United States Code, Sections 2114(a) and 2.

## COUNT TWO

The SPECIAL NOVEMBER 2025 GRAND JURY further charges:

On or about June 9, 2026, at Country Club Hills, in the Northern District of Illinois, Eastern Division,

AMIR A. FAGAN, and
DARRION RAYFORD,

defendants herein, did knowingly use, carry, and brandish a firearm, during and in relation to a crime of violence, for which each may be prosecuted in a court of the United States, namely, attempted robbery of a person having charge, control, and custody of money of the United States, in violation of Title 18, United States Code, Section 2114(a) and 2, as charged in Count One of this indictment;

In violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

2

## **FORFEITURE ALLEGATION**

The SPECIAL NOVEMBER 2025 GRAND JURY further alleges:

1.     Upon conviction of an offense in violation of Title 18, United States Code, Section 2114(a), as set forth in this Indictment, defendants shall forfeit to the United States of America any firearms and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2.     The property to be forfeited includes, but is not limited to:

a.     a Palmetto PA-15 rifle bearing serial number DCSF408574, and associated ammunition;

b.     a Glock 30 pistol bearing serial number BYZE093, and associated ammunition;

c.     a Glock 17 pistol bearing serial number BVZR729, and associated ammunition; and

d.     a Smith & Wesson pistol bearing serial number MPS1831, and associated ammunition.


A TRUE BILL:

_____
FOREPERSON


_____
UNITED STATES ATTORNEY

3